```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 03 B 49429
   AUDREY HARRISON
                                           CHAPTER 13

                                           JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-3667


-----------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

    1.  The case was filed on 12/08/03 and confirmed on 02/12/04.

    2.  The plan is paid in full.

    3.  The Debtor paid a total of $ 106367.66 .

    4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT   INTEREST      PRINCIPAL
                                                           PAID          PAID
-----------------------------------------------------------------------
CHASE HOME FINANCE         CURRENT MORTG    60938.23            .00      60938.23
CHASE HOME FINANCE         MORTGAGE ARRE    15183.48            .00      15183.48
CHRYSLER FINANCIAL SERVI   SECURED           9476.25        3338.22       9476.25
SMC                        UNSECURED        NOT FILED           .00           .00
CHADWICKS OF BOSTON        UNSECURED        NOT FILED           .00           .00
CITIBANK NA                UNSECURED        NOT FILED           .00           .00
FIRST CARD                 UNSECURED        NOT FILED           .00           .00
HSBC                       UNSECURED        NOT FILED           .00           .00
CHRYSLER FINANCIAL SERVI   UNSECURED        10617.33            .00       8321.82
        Summary of disbursements:
-----------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED  85597.96        .00     10617.33         .00       96215.29
PRINCIPAL PAID      85597.96        .00      8321.82         .00       93919.78
INTEREST PAID        3338.22        .00          .00         .00        3338.22
TOTAL PAID          88936.18        .00      8321.82         .00       97258.00
The Debtor's attorney, LEGAL DEFENDERS                    , was allowed $   2700.00
and was paid $    306.00   direct and $   2394.00   through the plan.

The Trustee received $   4688.00 .

Refunds to the Debtor totaled $    2027.66 .

    Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.



   Dated: 03/13/09                       /S/
```

```
                    GLENN STEARNS
                    CHAPTER 13 TRUSTEE
```

```
                         PAGE   2
       CASE NO. 03 B 49429 AUDREY HARRISON
```